FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE W.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:22-cv-03088-MKD <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** <br><br> **ECF Nos. 11, 14** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 14, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Katherine Watson represents Defendant.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Offer Plaintiff the opportunity for a new hearing and further develop the record including obtaining vocational testimony to conduct a step five analysis as needed;

- Reevaluate the medical and nonmedical opinion evidence;

- Evaluate whether Plaintiff's migraine headaches equal a listing in section 11.00;

- Reevaluate Plaintiff's residual functional capacity;

- When evaluating the testimonial and opinion evidence, the ALJ should fully comply with this Court's August 2019 Order by making sure not to provide rationale for discounting evidence the Court already found deficient; and

- Issue a new decision on the issue of disability through December 13, 2016.

ORDER - 2

*See* ECF No. 14 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 19, 2023.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 3